UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
FEB 0 4 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> STEVEN MCARTHUR, ) <br> ) <br> Defendant. ) | Case No. 25-30009 <br><br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). |

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE
(Distribution of Cocaine)

On or about November 13, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

## COUNT TWO
(Distribution of Cocaine)

On or about November 19, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Distribution of Cocaine)

On or about November 26, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
(Distribution of Cocaine)

On or about December 6, 2024, in Sangamon County, in the

Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
(Distribution of Cocaine)

On or about December 11, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX
(Distribution of Cocaine)

On or about December 17, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
(Distribution of Cocaine)

On or about December 19, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

STEVEN MCARTHUR,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL,

redacted

FOREPERSON

redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
MZW

4